# CERTIFICATION OF DEATH RECORD

## DUPAGE COUNTY HEALTH DEPARTMENT
## WHEATON, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

| | | |
|---|---|---|
| STATE FILE NUMBER: 2024 0015609 | MEDICAL EXAMINER'S CASE NUMBER: 022024TD12 | DATE ISSUED: 2/23/2024 |

| DECEDENT'S LEGAL NAME | SEX | DATE OF DEATH |
|---|---|---|
| ROBERT ANTHONY FIFE | MALE | FEBRUARY 15, 2024 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| DU PAGE | 90 YEARS | [REDACTED] 1933 |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| NAPERVILLE | 165 SOUTH RIVER ROAD |

**PLACE OF DEATH:** DECEDENT'S HOME

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| CLEVELAND, OH | [REDACTED]-8513 | MARRIED | KATHLEEN WENSTRUP | YES |

| RESIDENCE | APT. NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| 165 SOUTH RIVER ROAD | | NAPERVILLE | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENTS NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| DU PAGE | IL | 60540 | ROBERT FIFE | DELIA CONWAY |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| KATHLEEN W FIFE | SPOUSE | 165 SOUTH RIVER ROAD, NAPERVILLE, IL, 60540 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| CREMATION | WOODLAWN CREMATORY | FOREST PARK, IL | FEBRUARY 23, 2024 |

**FUNERAL HOME:** NEPTUNE SOCIETY, 1628 OGDEN AVENUE, DOWNERS GROVE, IL, 60515

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| RHONDA DENISE CHAMBERS | 034017067 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| ADAM FORKER | FEBRUARY 23, 2024 |

**CAUSE OF DEATH**

PART I.
IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. CONGESTIVE HEART FAILURE — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: UNKNOWN
b. Due to (or as a consequence of):
c. Due to (or as a consequence of):
Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

**LOCATION OF INJURY:**

**DESCRIBE HOW INJURY OCCURRED:**

**IF TRANSPORTATION INJURY, SPECIFY:**

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| NO | UNKNOWN | YES | | 09:50 AM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| PHYSICIAN | FEBRUARY 19, 2024 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| JEROME DONNELLY, 1431 OPUS PLACE, SUITE 310, DOWNERS GROVE, ILLINOIS, 60515 | 036075925 |



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Not valid without the embossed seal of the DuPage County Health Department.

Adam Forker
Local Registrar

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**